IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1757-JLK**

**ALAN DeATLEY,**

    Plaintiff,

v.

**IVA RUTH DeATLEY a/k/a PAT DeATLEY,**

    Defendants.

---

Civil Action No. **05-cv-447-JLK**

**ALAN DeATLEY,**
**4-D, LLC, an Oregon limited liability company,**
**NAPI (Colorado), LLC, a Colorado limited liability company, and**
**NAPI, LLC, an Oregon limited liability company,**

    Plaintiffs,

v.

**WELLS FARGO BANK, NA, and**
**U.S. BANK, NA,**

    Defendants.

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Protective Order (doc. #39), filed September 12, 2005, is **GRANTED.** The deposition of Defendant Iva Ruth DeAtley, noticed in the Eastern District of Washington for Tuesday, September 13, 2005, as part of the proceedings of *Alan DeAtley v. Albert DeAtley,* Case No. CV-04-3082 (JLQ) (the "Washington Litigation") does not constitute a deposition of a party within the meaning of Fed.R.Civ.P. 30 for purposes of the instant action.

---

Dated: September 15, 2005