IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 04-cv-01757-JLK

ALAN DeATLEY,

Plaintiff,

v.

IVA RUTH DeATLEY a/k/a PAT DeATLEY,

Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Modify Scheduling Order, the Court having reviewed the motion and being fully advised in the premises;

THEREFORE ORDERS that the motion is granted and the Scheduling Order in this case is modified in accordance with the Scheduling Order entered in the case of <u>Alan DeAtley, et al. v. Wells Fargo Bank</u>, Civil Action Number 05-cv-00447-JLK.

DATED this 26 day of September, 2005.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE