IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1757-JLK

ALAN DEATLEY,

    Plaintiff,

v.

IVA RUTH DEATLEY, A/K/A PAT DEATLEY,

    Defendant
_____

Civil Action No. 05-cv-00447-JLK

ALAN DEATLEY;
4-D, LLC, an Oregon limited liability corporation;
NAPI (Colorado), LLC, a Colorado limited liability company;
NAPI, LLC, an Oregon limited liability company,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,
U.S. BANK, N.A.,

    Defendants.

## ORDER GRANTING JOINT MOTION TO AMEND STIPULATED SCHEDULING AND DISCOVERY ORDER

THE COURT, having considered the Joint Motion to Amend Stipulated Scheduling and Discovery Order (the "Joint Motion"); reviewed the Stipulated Scheduling and Discovery Order, and otherwise being fully advised in the premises;

ORDERED AND ADJUDGED AS FOLLOWS:

The Joint Motion is GRANTED in its entirety.  The Case Plan and Schedule in the Stipulated Scheduling and Discovery Order is Amended to reflect the changes in the Joint Motion.

DATED this 13th day of January, 2006.

**s/John L. Kane**

Senior U.S. District Judge

00037231