IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-00447-JLK** (consolidated for discovery purposes only with 04-cv-1757-JLK)

**ALAN DeATLEY,**
**4-D, LLC, an Oregon limited liability company,**
**NAPI (Colorado), LLC, a Colorado limited liability company, and**
**NAPI, LLC, an Oregon limited liability company,**

       Plaintiffs,

v.

**WELLS FARGO BANK, NA, and**
**U.S. BANK, NA,**

       Defendants.

---

**ORDER**

---

Kane, J.

This matter is before me on the Plaintiffs' Motion to File Second Amended Complaint (Doc. 32) and the related Motion of Defendant U.S. Bank NA to Stay Further Proceedings (Doc. 38). After reviewing carefully the parties' filings in support of and in opposition to these Motions, and being fully apprised of the grounds urged for relief, I **GRANT** DeAtley's Motion to File Second Amended Complaint and **GRANT** in part and **DENY** in part U.S. Bank's Motion to Stay.

Specifically, U.S. Bank's Motion to Stay is **GRANTED** to the extent it seeks to stay the proceedings related to DeAtley's newly added claims, but is **DENIED** to the extent it seeks to stay the original check claims. Efficiencies related to the "piecemeal" litigation of

claims against the Bank will be addressed as the case proceeds.

Dated:  January 13, 2006.             BY THE COURT:

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE