IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1757-JLK**

**ALAN DeATLEY,**

    Plaintiff,

v.

**IVA RUTH DeATLEY a/k/a PAT DeATLEY,**

    Defendants.

Civil Action No. **05-cv-447-JLK**

**ALAN DeATLEY,**
**4-D, LLC, an Oregon limited liability company,**
**NAPI (Colorado), LLC, a Colorado limited liability company, and**
**NAPI, LLC, an Oregon limited liability company,**

    Plaintiffs,

v.

**WELLS FARGO BANK, NA, and**
**U.S. BANK, NA,**

    Defendants.

## AMENDED ORDER

Kane, J.

Defendant Iva Ruth DeAtley's Objection to Magistrate Judge's Order (doc. #86), filed April 25, 2006, is OVERRULED. The test is whether the order is clearly erroneous or contrary to law. Neither obtains.

The cases cited by plaintiff hold that a court may deny leave to amend. The cases do not hold that leave to amend must be denied. What is required is a balanced consideration

of all relevant factors, giving practical effect to a desired determination of the case on its merits that is precisely what the magistrate judge did.

Dated this 16th day of May, 2006.

BY THE COURT:

S/John L. Kane
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT