IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1757-JLK**

**ALAN DeATLEY,**

    Plaintiff,

v.

**IVA RUTH DeATLEY a/k/a PAT DeATLEY,**

    Defendants.

Civil Action No. **05-cv-447-JLK**

**ALAN DeATLEY,**
**4-D, LLC, an Oregon limited liability company,**
**NAPI (Colorado), LLC, a Colorado limited liability company, and**
**NAPI, LLC, an Oregon limited liability company,**

    Plaintiffs,

v.

**WELLS FARGO BANK, NA, and**
**U.S. BANK, NA,**

    Defendants.

## ORDER FOR DISMISSAL

Kane, J.

    Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 65) dated August 24, 2006, IT IS ORDERED that these actions are both DISMISSED with PREJUDICE, with the parties to bear their own attorney fees and costs.

    Dated: August 28, 2006, *nunc pro tunc* to August 25, 2006.

                                            BY THE COURT:

                                            s/**John L. Kane**
                                            SENIOR U.S DISTRICT JUDGE